**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7073**

DEANDRE L'OVERTURE JACKSON,

Plaintiff - Appellant,

v.

EARL BARKSDALE; M. YOUNCE; DAVID ZOOK; BRYANT, Sergeant; ADAMS, Officer; RICK WHITE,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Pamela Meade Sargent, Magistrate Judge.  (7:17-cv-00031-PMS)

Submitted:  December 29, 2017                    Decided:  January 5, 2018

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

DeAndre L'overture Jackson, Appellant Pro Se.  Laura Haeberle Cahill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAndre L'overture Jackson appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2012) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge. *Jackson v. Barksdale*, No. 7:17-cv-00031-PMS (W.D. Va. Aug. 10, 2017).  We deny Jackson's motion for injunctive relief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
